E-filed: 04.05.11

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

COLONY INSURANCE COMPANY,   )   CASE NO. CV 10-04218 MMM (SHx)
                            )
        Plaintiff,          )
                            )
    vs.                     )
                            )
DOWNEY THOMAS III, JOHN     )   JUDGMENT FOR PLAINTIFF
THOMAS, CHRISTOPHER W.      )
SPIVEY, Individually and dba SENIOR )
INDEPENDENCE SERVICE and DOES )
1-10, inclusive,            )
                            )
        Defendants.         )
                            )
                            )

On March 17, 2011, the court entered an order granting summary judgment in favor of plaintiff Colony Insurance Company.  Accordingly,

            IT IS ORDERED AND ADJUDGED

        1.   That Colony Insurance Company is under no duty to indemnify defendants Downey Thomas, III, John Thomas, and Christopher W. Spivey, individually and d/b/a Senior Independence Service for the $855,000.00 judgment entered against Christopher W. Spivey in the underlying action; and

        2.   That plaintiff waives costs incurred herein.

DATED: April 5, 2011

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE